■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. HERMAN, Appellant. [598 NYS2d 757] —Judgment unanimously affirmed. Memorandum: The trial court erred in admitting the receipt for the rifle into evidence absent the People's establishment of an adequate foundation *(see,* CPLR 4518; *People v Gower,* 42 NY2d 117, 121). In light of the other evidence establishing ownership of the rifle *(see, People v Pena,* 50 NY2d 400, 409, *rearg denied* 51 NY2d 770, *cert denied* 449 US 1087) and the overwhelming evidence of defendant's guilt, the error was harmless *(see, People v Crimmins,* 36 NY2d 230, 242). Defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of Erie County Court, Rogowski, J.—

Burglary, 2nd Degree.) Present—Denman, P. J., Green, Balio, Lawton and Davis, JJ.